UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD RICHARDSON<br>On behalf of himself and all others<br>similarly situated,<br><br>        Plaintiff,<br>v.<br><br>MEDPORT, INC., et al.<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) | CASE NO 1:16-cv-02546<br><br>JUDGE CHRISTOPHER A. BOYKO<br><br><br><br><br>**PROPOSED PLAN FOR NOTICE**<br>**TO POTENTIAL OPT-INS** |

In compliance with the Court's November 22, 2017 order, the parties respectfully submit this proposed plan for notice to the Potential Opt-Ins.

### I.    THE POTENTIAL OPT-INS

On August 14, 2017, Plaintiff and all Defendants stipulated that the Court could conditionally certify this case a collective action under 29 U.S.C. § 216(b) on behalf of:

> All current and former employees of Medport, Inc. who worked as drivers and were paid on a salary basis but were not exempt from overtime, and who worked more than forty hours in one or more workweeks during the period three years preceding the commencement of this action to the present.

Stipulation and Proposed Order for Conditional Certification, Notice, and Temporary Stay (ECF # 31).  The Court granted conditional certification on August 15, 2017.

### II.    PLAN FOR NOTICE

The parties proposed the following steps and provisions regarding notice to the Potential Opt-Ins.

1.      Within ten days from the Court's approval of this plan, Defendant Medport, Inc. ("Medport") will provide a list of the Potential Opt-Ins ("Roster") to Plaintiffs' counsel. The Roster will be in Excel format and will include the Potential Opt-Ins' full names, dates of employment, last known home or mailing addresses, and personal email addresses, to the full extent known by Defendant, its human resources consultants or payroll services. For any Potential Opt-Ins to whom mailings to their last known home or mailing addresses or email addresses are returned as undeliverable, Defendant will provide phone numbers upon request to the extent known to Defendant.

2.      Also within ten days, the parties will jointly submit a proposed Notice and Consent Form ("Notice"), requesting approval by the Court.

3.      Within seven days after the Court's approval of the Notice, Plaintiffs' counsel will send the Notice to all Potential Opt-Ins. The Notice will be sent by first-class mail to their last-known home or mailing addresses and email addresses, as shown in the Roster.

4.      Plaintiff's counsel will send duplicate copies of the Notice to Potential Opt-Ins in the event new, updated, or corrected mailing addresses are found, and may distribute copies upon request.

5.      Plaintiff proposes that the deadline for Potential Opt-Ins to return Consent Forms shall be forty-five days from the date of mailing. Defendants Medport, Inc. and James J. Reinholz propose that the deadline for Potential Opt-Ins to return Consent Forms shall be thirty days from the date of mailing. That date will be inserted into the Notice prior to distribution.

6.  Plaintiffs' counsel will be responsible for receiving signed Consent Forms, filing them with the Court, and circulating copies to all counsel.

Respectfully submitted,

s/ Scott D. Perlmuter
Scott D. Perlmuter (0082856)
2012 West 25th Street, Ste. 515
Cleveland, Ohio 44113
216-308-1522
scott@tittlelawfirm.com

s/ Thomas A. Downie
Thomas A. Downie (0033119)
46 Chagrin Falls Plaza #104
Chagrin Falls, Ohio 44022
440-973-9000
tom@chagrinlaw.com

Counsel for Plaintiff


**ZASHIN & RICH CO., L.P.A.**

*s/ Michele L. Jakubs*
Stephen S. Zashin (0064557)
Michele L. Jakubs (0071037)
950 Main Avenue
4th Floor
Cleveland, OH 44113
Tel: (216) 696-4441
Tel: (216) 696-1618
ssz@zrlaw.com
mlj@zrlaw.com

*Attorneys for Defendants*
*Medport, Inc. and James J. Reinholz*


*s/ Neal Shah*
FROST BROWN TODD LLC
Tessa L. Castner (0093808)

3

Grant S. Cowan (0029667)
Neal Shah (0082672)
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
tcastner@fbtlaw.com
gcowan@fbtlaw.com
nshah@fbtlaw.com

*Attorneys for Defendant*
*HumaCare, Inc*

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 7, 2017, this *Proposed Plan for Notice to Potential Opt-Ins* was filed electronically. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

s/ Scott D. Permuter
Scott D. Perlmuter (0082856)

4